# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  20-40021 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Section 13: 625 ILCS 5/6-303; |
| ALIZABETH J. SUTTON | ) | 625 ILCS 5/3-707; 625 ILCS 5/11-601(b) |
| | ) | |
| Defendant | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about February 22, 2020, in the Central District of Illinois, the defendant,

**ALIZABETH J. SUTTON,**

operated a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, with a revoked driver's license, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 and in violation of Title 18, United States Code, Section 13.

### COUNT 2

On or about February 22, 2020, in the Central District of Illinois, the defendant,

**ALIZABETH J. SUTTON,**

operated a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, without proof of valid liability insurance, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/3-707 and in violation of Title 18, United States Code, Section 13.

## COUNT 3

On or about February 22, 2020, in the Central District of Illinois, the defendant,

**ALIZABETH J. SUTTON,**

operated a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while speeding over the statutory speed limit, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/11-601(b) and in violation of Title 18, United States Code, Section 13.

                                       JOHN C. MILHISER
                                       UNITED STATES ATTORNEY

              BY:    /S/ Clyde J. Kilgore
                       CLYDE J. KILGORE
                       SPECIAL ASSISTANT U.S. ATTORNEY
                       Rock Island Arsenal
                       Rock Island, Illinois 61299-5000
                       Telephone: (309) 782-4801